when I did this. I don't know if you can hear me, but I'm going to go ahead and do a little demonstration. I have to screw it back up. I've got a bit of a heavy responsibility on this. If I were going to upload it on to Facebook, I'll do two things. One I'll take it to Windows and load it up. Because it's probably a good idea to do that. Okay.